**UNITED PRODUCERS, INC., Plaintiff,**

v.

**Douglas ALLEE and Richard Rush, Respondents,**

**Farmers State Bank of Stanberry, Appellant.**

**No. WD 72574.**

Missouri Court of Appeals, Western District.

April 12, 2011.

Janet W. Larison, for Appellant.

Timothy H. Bosler, for Respondents.

Before Division Two: KAREN KING MITCHELL, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM:

Farmers State Bank of Stanberry appeals from a judgment entered against it on conversion and trespass claims brought by Richard Rush. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence and that no error of law appears. No jurisprudential purpose would be served by a formal published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).